STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-1206 consolidated with 07-1321

CHERIE BENJAMIN, ET AL.

VERSUS

FIRST HORIZON INS. CO., ET AL.

**********

APPEAL FROM THE
THIRTY-FIRST JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON DAVIS, NO. C-534-87
HONORABLE ANNE LENNAN SIMON, DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Glenn B. Gremillion, Judges.

WRIT DENIED.

John Allen Jeansonne, Jr.
Scott F. Higgins
Jeansonne & Remondet
P. O. Box 91530
Lafayette, LA 70509-1530
Telephone: (337) 237-4370
COUNSEL FOR:
    Defendant/Respondent - Bucyrus Erie Manufacturer, Inc., et al.

Dr. Edward A. Robinson, III
600 North Foster Drive
Baton Rouge, LA 70806
Telephone: (225) 928-7876
COUNSEL FOR:
    Plaintiffs/Applicants - Cherie Benjamin, Leroy Benjamin, Joann Benjamin, Lionell Benjamin, Cheryl Holmes, Michael Benjamin, and Torence Benjamin

**THIBODEAUX, Chief Judge.**

For the reasons expressed in the consolidated case of *Mrs. Cherie Benjamin, et al. v. First Horizon Ins. Co., et al.*, 07-1321 (La.App. 3 Cir. _____/08), ___ So.2d ___, we deny the writ application of the plaintiffs-relators, Cherie Benjamin, et al.

All costs of appeal are assessed to the plaintiffs.

**WRIT DENIED**.